NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC DANIEL SPRUNGER,          )
                               )
        Appellant,             )
                               )
v.                             )     Case No. 2D17-2853
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
                               )
_____)

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Eric Daniel Sprunger, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.